IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**TAMMY THOMAS**                                                                        **PLAINTIFF**

vs.                                                                              CIVIL ACTION NO. 3:04CV618LN

**UNITED STATES POSTAL SERVICE**                                **DEFENDANT**

## ORDER OF DISMISSAL

Undersigned counsel has informed the Court that the parties have reached a compromise and settlement of all pending claims in this matter. Accordingly, the Court being desirous of removing this matter from its docket;

IT IS, THEREFORE, ORDERED that this action be, and it is hereby dismissed with prejudice as to all parties. If any party fails to consummate this settlement within forty-five (45) days, any aggrieved party may reopen the case for enforcement of the settlement agreement within then (10) days; and if successful, all additional attorney's fees and costs from this date shall be awarded such aggrieved party or parties against the party failing to consummate the agreement.

IT IS FURTHER ORDERED AND ADJUDGED that this matter having been concluded, all motions pending in this matter, if any, are hereby moot and accordingly dismissed.

ORDERED, this the 31st day of August, 2006.

                                                                           /s/ Tom S. Lee
                                                                           UNITED STATES DISTRICT JUDGE

AGREED:

/s/ Willie T. Abston
Willie T. Abston
Counsel for Plaintiff

/s/ Felicia C. Adams
Felicia C. Adams
Assistant United States Attorney